IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff, | )<br>)<br>) | CASE NO. 8:11CR141 |
| v. | )<br>) | **ORDER RELEASING**<br>**DEFENDANT FROM CUSTODY** |
| ALYSSA COSTANZO,<br>　　　　　　Defendant. | )<br>) | |

　　　The Defendant, Alyssa Costanzo, has moved for her release from U.S. Marshal's custody. A bed has become available for the Defendant at Nova Treatment Community, 8502 Mormon Bridge Road, in Omaha, Nebraska for the Defendant to reside.

　　　IT IS ORDERED: that the Defendant shall be released from the U.S. Marshal's custody on October 15, 2015. The Defendant shall reside in and comply with all of the rules and regulations of Nova Treatment Community in Omaha, NE. The Defendant remains subject to all of the existing conditions of her supervised release. If the Defendant leaves or attempts to leave Nova Treatment Community before completion of the program, the Court shall be notified and a warrant will issue.

　　　DATED this 14th day of October, 2015.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge